United States district Court
Eastern district of Wisconsin


Dylan Lee Sockness
                   Plaintiff,


        V.                          No 25-cv-1496-JPS


CO Zoey Carey J128
CO Henry Beekman J131
LT Bradley McCoy
SGT Marcus Peschke
Sheriff Zuehlke
Waushara County
                   Defendants,
        Amended Complaint


    The defendants CO Zoey Carey "Carey,"
CO Henry Beekman "Beekman" LT Bradley
McCoy "McCoy", SGT Marcus Peshke
"Peschke" are employed at the Waushara
County Jail "WCJ". The defendants
Sheriff Zuehlke "Zuehlke" and Waushara
County are in charge of the WCJ.
    The Plaintiff Dylan Lee Sockness
was a pretrial detainee, Incarcerated
at the WCJ on a probation hold.
    On 8/13/25 Beekman failed to
protect the plaintiff from self-harm
under the due process clause of
the Fourteenth Amendment and the

Case 2:25-cv-01496-JPS    Filed 11/10/25    Page 1 of 7    Document 21

1

Fourth Amendment. He was Deliberate indifference by not preventing and/or stopping the plaintiff from cutting himself on his left arm. Beekman came into L-2 where the plaintiff was being housed, 2-3 times to check on him. The plaintiff had his arm down as he had already cut himself at this point and Beekman said "Good enough" and walked out. At somepoint the plaintiff was in extreme pain. He told Beekman he had cut himself and Beekman put the plaintiff in the restraint chair "chair" Then the EMT came. On 9/8/25 Beekman and Carey failed to protect the plaintiff from self-harm under the due process clause of the Fourteenth Amendment and the Fourth Amendment. The defendants were Deliberate indifference. On the above day at PM med pass at the G-Block door Carey told the plaintiff due to only having one 10MG olanzapine in pill pack and the Mar saying 15MG she would have to call Nurse Courtney Williams. The plaintiff told her

Case 2:25-cv-01496-JPS Filed 11/21/25 Page 2 of 7 Document 1

2

"I will Just cut then cause I need those meds." Carey called Something on the radio and Beekman came down and said "your going to Seg come out here." The plaintiff said said "No Im not going to Seg cause the nurse messed up my meds I need." Then Carey told the inmates in G-Block to put their uniforms on and Shut the door. Then was gone for atleast 15 minutes. Then Came back and told everyone to go to Rec. As Carey and Beekman were taking the Plaintiff to L-Block "Seg". The Plaintiff told them atleast 10-15 times, Including to the rest of G-Block, as we were going past the rec room, that when the plaintiff got to Seg he was going to cut himself. They put the plaintiff in L-3 and put the Suicide gown in the cell and Shut the door. The plaintiff put the gown on the ground next to the toilet where the camera cant See and Sat down and began to cut his left arm with a Staple he brought from G-Block. At 7:54 Beekman Stood out side L-3 while

Case 2:25-cv-00906-JPS   Filed 11/24/25   Page 3 of 7   Document 21

3

the plaintiff stood by the door continuing to cut himself. The plaintiff was eventually placed back into the chair. EMT was called. The plaintiff was moved to holding cell 1. The plaintiff was able to pull his left arm out of his restraint and he bit himself again. The plaintiff spit blood from his arm on the wall. EMT was called. The plaintiff on 10/3/25 while in G-Block placed a plastic canteen bag over his head. C.O's came in and asked if he would give them the bag which he did was placed on suicide watch. On 10/6/25 The plaintiff was placed in the chair on suicide watch and he sallowed a staple he brought with from G-Block and was taken to Theada care in wild rose WI. On 10/7/25 the plaintiff was in the chair and he scooted it over to the shower area and was banging his head on the rail on the sameday Beekman locked the plaintiff in the shower in Seg and walked away to clean my puke off of the

Case 2:25-cv-01496-JPS   Filed 11/10/25   Page 4 of 7   Document 21

4

chair. The plaintiff bit a chunk out of his right arm. The plaintiff was placed back into the chair. EMT was called. Many C.O's in the WCJ including Beekman, and Carey violated the plaintiff due process clause in the Fourteenth Amendment as well as the fourth Amendment by refusing to call crisis when the plaintiff told them he needed to talk to them they did this word of mouth as well as in cidnet request between the 9/8/25-10/27/25

The defendants Waushara county and Sheriff Zuehke violated the plaintiff due process clause of his Fourteenth Amendment as well as his Fourth Amendment by failing to train their officers to deal with inmates going through mental health crisis, As well as how to use bed restraint causing them to leave inmates in the chair for long periods. The defendants Peschke and McCoy violated the plaintiff due process clause in The Fourteenth Amendment and the Fourth Amendment by

Case 2:25-cv-01496-JPS    Filed 11/24/25    Page 5 of 7    Document 21

5

retaliating on the plaintiff for filing grievances and law suits by placing the plaintiff on Administrative Seg "Ad seg" with limited property after crisis cleared him from suicide watch. They also told Jail staff to not print prose forms and tell the plaintiff "Get them from your Attorney." They were holding mail before sending it to the court.

### • Jurisdiction

I am suing for a violation of federal under 28 U.S.C. § 1331

### Relief Wanted

I ask The court to grant me $500,000 from Beekman & Carey for pain and suffering, compensatory and punitive damages. $500,000 from Sheriff Zuehlke and Waushara County for pain and suffering, compensatory an punitive damages. $500,000 from McCoy and Peschke for pain and suffering, compensatory and punitive damages.

Jury demand
I want a jury to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Compaint signed this 16 day of November 2025.

Dylan Sockness 605475 pro se
Dodge Correctional Institution
PO Box 700
Waupun, WI 53963